**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 73.189.145.211**

**ISP:** Comcast Cable
**Physical Location:** Oakland, CA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/18/2016 02:20:29 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack 4CBE887 |
| 05/17/2015 02:55:59 | 88DC4EC70AB81986698CE8099924C834DE5C6A5D | Dripping Pleasures |
| 07/22/2014 04:26:41 | 3382B2B05EAC77C10AEBB458299B7CC56FA1294F | Trophy Wife |
| 07/22/2014 03:20:05 | 24611441049DF8ADF2F98C75A6D9BEFD26E701FF | Oh Mia |

**Total Statutory Claims Against Defendant: 129**